RUTAN & TUCKER, LLP
Jeffrey M. Oderman (State Bar No. 63765)
joderman@rutan.com
Alisha Patterson (State Bar No. 274630)
apatterson@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Petitioner/Plaintiff
RANCHO CANYON LLC

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO CANYON LLC, a California limited company,<br><br>Petitioner/Plaintiff,<br><br>vs.<br><br>CITY OF RANCHO SANTA MARGARITA, a California general law city; CITY COUNCIL OF THE CITY OF RANCHO SANTA MARGARITA; and DOES 1-20, inclusive,<br><br>Respondents/Defendants. | Case No. SACV14-00651 CJC (MRWx)<br><br>**ORDER FOR REMAND TO STATE COURT** |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Pursuant to the Stipulation entered into by the parties to this action, the Clerk of this Court is hereby ordered to remand the action to the Superior Court of the State of California, for the County of Orange, forthwith and dismiss, without

//
//
//
//

2499/029761-0002
7063810.1 a05/27/14
1003728.1

-1-

ORDER

1 | prejudice, the federal court proceedings.

3 | Dated: May 28, 2014

_____
Hon. Cormac J. Carney
United States District Judge

Rutan & Tucker, LLP
attorneys at law

2499/029761-0002
7063810.1 a05/27/14
1003728.1

-2-

ORDER